DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KATHLEEN M. CHAPIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:10-mj-00132 MJS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL DATE;  ORDER |
| v. | ) | |
| KATHLEEN M. CHAPIN, | ) | Date:  April 27, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the trial now scheduled for March 2, 2011, shall be continued to April 27, 2011, at 9:00 a.m.**

The reason for this request for continuance is to allow defense counsel additional time for further investigation.

///
///
///
///
///
///

The requested continuance will conserve time and resources for the parties and the Court. Susan St. Vincent has no objection to this request.

DATED: January 18, 2011                By: /s/ Susan St. Vincent
                                                            SUSAN ST. VINCENT
                                                            Paralegal Specialist, YNP
                                                            National Park Service

                                                            DANIEL J. BRODERICK
                                                            Federal Defender

DATED:  January 18, 2011                By /s/ Francine Zepeda
                                                           FRANCINE ZEPEDA
                                                           Assistant Federal Defender
                                                           Kathleen M. Chapin

**ORDER**

IT IS SO ORDERED.

Dated:    January 18, 2011          /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE