1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KATHLEEN CHAPIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  6:10-mj-00132 MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE TRIAL DATE |
| v. | ) | AND SET FOR CHANGE OF PLEA; ORDER |
| | ) | |
| KATHLEEN CHAPIN, | ) | DATE: May 4, 2011 |
| | ) | TIME:    10:00 a.m. |
| Defendant. | ) | JUDGE:  Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial date presently scheduled for April 27, 2011 in the above-captioned matter may be vacated **and that a change of plea hearing be scheduled for May 4, 2011, at 10:00 a.m.**

///
///
///
///
///
///
///
///

|   |   |
|---|---|
|   | NATIONAL PARK SERVICE<br>Law Enforcement Office |
| DATED: April 15, 2011 | By: /s/ Susan St. Vincent<br>       SUSAN ST. VINCENT |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 15, 2011 | By: /s/ Francine Zepeda<br>      FRANCINE ZEPEDA<br>      Assistant Federal Defender<br>      Attorney for Defendant<br>      KATHLEEN CHAPIN |

## O R D E R

**IT IS SO ORDERED**.  Any existing hearings are vacated and the matter is now set for change of plea on May 4, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 16, 2011              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

CHAPIN/Stipulation to Vacate Trial
Date and Set for Change of Plea                    2